# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

NATCHEZ TRACE PROPERTY
OWNERS ASSOCIATION, INC.

VERSUS

MICHAEL R. BRANIGHAN AND
MICHELLE T. BRANIGHAN

NO. 2025 CW 0895

**MARCH 5, 2026**

---

In Re:    Michael R. Branighan and Michelle T. Branighan, applying
          for supervisory writs, 22nd Judicial District Court,
          Parish of St. Tammany, No. 202415765.

---

**BEFORE:  LANIER, WOLFE, AND HESTER, JJ.**

   **WRIT DISMISSED.**   This writ is dismissed pursuant to
correspondence from relator's counsel advising the case has been
settled and resolved and the writ can be dismissed.

                          **WIL**
                          **EW**
                          **CHH**

COURT OF APPEAL, FIRST CIRCUIT

                    DEPUTY CLERK OF COURT
                       FOR THE COURT